# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY BLACKBURN,<br><br>               Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>               Defendant. | Case No. 5:23-cv-01620-SPG-KK<br><br>**ORDER OF DISMISSAL** |

    Pursuant to the Joint Stipulation filed on January 3, 2024, this matter is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

    IT IS SO ORDERED.

DATED: January 4, 2024

                                            HON. SHERILYN PEACE GARNETT
                                            UNITED STATES DISTRICT JUDGE